# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Danville Division

| | |
|---|---|
| JULIE A. SU[1], ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, ) ) ) Plaintiff, ) ) v. ) ) NEGRIL, INC., KIRBY WRIGHT, AND TAMMY WRIGHT-WARREN, ) ) ) ) Defendants. ) ) | Civil Action No. 4:22-cv-00100 |

## MOTION TO APPROVE AND ENTER CONSENT JUDGMENT

The Acting Secretary of Labor, of the United States Department of Labor, hereinafter referred to as "Plaintiff" or "the Secretary," moves this Court to Approve and Enter the Consent Judgment agreed to by Plaintiff and NEGRIL, INC., Kirby Wright, and Tammy Wright-Warren, (collectively "Defendants").

In support thereof, the Secretary represents that the parties have reached an agreement for the purpose of settling the above-referenced matter with regard to Defendants. The terms of this agreement, which resolve all claims raised in the Complaint, by the Plaintiff, against Defendants for the relevant time period, are set forth in the attached Consent Judgment signed by the parties.

WHEREFORE, for the reasons set forth above, the Secretary respectfully request that the Court enter the Consent Judgment attached hereto.

Respectfully submitted,

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Secretary Julie A. Su is being substituted for former Acting Secretary Martin J. Walsh.

| | |
|---|---|
| **MAILING ADDRESS:** | **UNITED STATES DEPARTMENT OF LABOR** |
| U.S. Department of Labor<br>Office of the Regional Solicitor<br>U.S. Department of Labor<br>Office of the Regional Solicitor<br>201 12th Street South, Suite 401<br>Arlington, VA 22202<br>(202) 693-9337 (voice)<br>(202) 693-9392 (fax)<br>demougeot.isabella.c@dol.gov | Seema Nanda<br>Solicitor of Labor<br><br>Samantha N. Thomas<br>Regional Solicitor<br><br>Channah S. Broyde<br>Associate Regional Solicitor<br><br>/s/ *Isabella C. Demougeot*<br>Isabella C. Demougeot<br>Trial Attorney<br>VA State Bar # 98717<br><br>Attorneys for Plaintiff |

Date: June 11, 2024